***NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SATURNINO DE JESUS-RODRIGUEZ, | : |
| Petitioner | : CIV. NO. 24-6498 (RMB) |
| v. | : **MEMORANDUM OPINION** |
| WARDEN, FCI FORT DIX, et al., | : |
| Respondents | : |

**BUMB, Chief United States District Court Judge**

This matter comes before the Court on Respondent's letter request (Respt's Letter Request, Dkt. No. 7) to dismiss Petitioner Saturnino De Jesus-Rodriguez's ("Petitioner") petition for writ of habeas corpus under 28 U.S.C. § 2241 (Pet., Dkt. No. 1) as moot. For the reasons discussed below, the Court will grant Respondent's request.

On May 23, 2024, Petitioner, a federal prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI-Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking reinstatement of 200 days of First Step Act "FSA" time credits toward his early supervised release. (Pet., Dkt. No. 1.) Petitioner asserted he had completed the appropriate form to have FCI Fort Dix submit his $5 filing fee from his institutional account. (*Id.* at 1.) The Court ordered Respondent to file an answer to the petition. (Order, Dkt. No. 2.) However,

Petitioner's filing fee was not received by the Court. Therefore, the Court administratively terminated this action on September 18, 2024. (Order, Dkt. No. 6.)

Respondent seeks to reopen this matter to dismiss the petition as moot because Petitioner was released from BOP custody on November 13, 2024. (Respt's Letter Request, Dkt. No. 7 at 3.)[1]

"If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.") (internal citations omitted." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996). Petitioner is no longer eligible for application of FSA time credits toward his early supervised release from BOP custody. Therefore, the Court will dismiss the petition as moot.

An appropriate Order follows.

Date: **December 30, 2024**

                                        s/Renée Marie Bumb
                                        **RENÉE MARIE BUMB**
                                        **Chief United States District Judge**

---

[1] According to the Bureau of Prison's Inmate Locator, Petitioner was no longer in BOP custody on November 13, 2024. Available at https://www.bop.gov/inmateloc/.